ORIGINAL

Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for
JPMorgan Chase Bank, N.A.,
for itself and as acquirer of certain
assets and liabilities of Washington
Mutual Bank from the
Federal Deposit Insurance Corporation,
acting as Receiver

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES W. CHRISTMAS, JR. | ) |
| | ) Case No.   2:09-cv-01389-RLH-GWF |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER** |
| | ) **OF DISMISSAL** |
| | ) |
| MORTGAGE ELECTRONIC | ) |
| REGISTRATION SYSTEMS, INC.; | ) |
| COUNTRYWIDE HOME LOAN SERVICING, ) |
| LP; COUNTRYWIDE HOME LOANS; | ) |
| BANK OF AMERICA, INC.; CTC REAL | ) |
| ESTATE SERVICE; WASHINGTON | ) |
| MUTUAL BANK; JP MORGAN CHASE; | ) |
| TORREY SCOTT: KATHLEEN COUTURE; | ) |
| JOHN DOES 1-1000 (UNKNOWN | ) |
| INVESTORS); JOHN ROES, 1-10 | ) |
| (UNKNOWN AGGREGATORS), | ) |
| | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between the only remaining parties hereto, Plaintiff Charles W. Christmas, Jr., Plaintiff in Proper Person, and JPMorgan Chase Bank, N.A., for itself and as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit

Insurance Corporation, acting as Receiver, acting through its undersigned counsel, the law firm of Smith Larsen and Wixom, as follows:

(1) the claims asserted by Plaintiff in the above-captioned action against JPMorgan Chase Bank, N.A., for itself and as an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, acting as Receiver ("Chase"), and against Washington Mutual Bank, are hereby dismissed, with prejudice; and,

(2) the rights of Chase to claim recovery of the costs and attorneys' fees incurred in this action, as well as affirmative defenses which may be raised by Plaintiff in any later filed action filed against Plaintiff, are forth in a separate written agreement between the parties hereto.

SMITH LARSEN & WIXOM

_____
Kent F. Larsen, Esq.
Nevada Bar No. 3463
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:   (702) 252-5002
Fax:  (702) 252-5006
Attorneys for JPMorgan Chase Bank, N.A.,
for itself and as acquirer of certain assets
and liabilities of Washington Mutual Bank
from the Federal Deposit Insurance
Corporation, acting as Receiver

Dated: 10/15, 2010.

_____
Charles W. Christmas, Jr.
1101 Fairbury St.
Henderson, NV 89052
Tel:  (702) 480-5660
Fax: (702) 789-1040
Plaintiff in proper person

Dated: Oct 8, 2010.

**ORDER**

**IT IS SO ORDERED** this 18th day of October, 2010.

_____
Roger L. Hunt
CHIEF UNITED STATES DISTRICT JUDGE

2